UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JASON DANIELS, | Case No. 2:23-cv-00080-DSF (JDE) |
| Petitioner, | |
| v. | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| NEIL McDOWELL, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records and files herein, including the Petition (Dkt. 1), Respondent's Answer to the Petition (Dkt. 15) and supporting records, and the Report and Recommendation of the United States Magistrate Judge (Dkt. 21, "Report"). No party filed a timely objection to the Report. The Court accordingly accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

Dated: June 14, 2023

/s/ Dale S. Fischer
DALE S. FISCHER
United States District Judge