JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JASON DANIELS,<br><br>　　　　Petitioner,<br><br>　　　v.<br><br>NEIL McDOWELL,<br><br>　　　　Respondent. | Case No. 2:23-cv-00080-DSF (JDE)<br><br>JUDGMENT |

　　　Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

　　　IT IS ADJUDGED that the operative Petition is denied and this action is dismissed with prejudice.

Dated: June 14, 2023

　　　　　　　　　　　　　　　　　　　／s／ Dale S. Fischer
　　　　　　　　　　　　　　　　　　　DALE S. FISCHER
　　　　　　　　　　　　　　　　　　　United States District Judge